497 A.2d 1331

**Charles W. ZIMMERMAN**

v.

**COMMONWEALTH, PUBLIC SCHOOL EMPLOYES' RETIREMENT BOARD, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 30, 1985.

Petition for Allowance of Appeal GRANTED, No. 63 M.D. Appeal Docket 1985.